UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LARRY RICHARDS,

    Plaintiff,

    v.

JEFFREY TUMLIN, et al.,

    Defendants.

Case No. 21-cv-04420-PJH

**DISMISSAL WITH PREJUDICE**

Re: Dkt. No. 15

    Plaintiff has failed to file his amended complaint by October 1, 2021. Per the court's September 3, 2021 order, this case is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: October 5, 2021

    /s/ Phyllis J. Hamilton
    PHYLLIS J. HAMILTON
    United States District Judge